IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROGER BEAUDOIN; ACCESS NOW, INC., a not-for-profit corporation; and R. DAVID NEW,<br><br>Plaintiffs,<br>v.<br><br>MENARD, INC.<br><br>Defendant. | Civil Action No. 1:17-cv-00132-JL<br><br>The Honorable Joseph N. Laplante |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, Roger Beaudoin, Access Now, Inc., and R. David New, hereby voluntarily dismiss without prejudice their claims against Defendant, Menard, Inc.

Respectfully submitted,

**Counsel for Plaintiffs:**

*/s/ Edwin J. Kilpela, Jr.*
Edwin J. Kilpela
Kevin W. Tucker
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243 (phone)
412-231-0246 (fax)
ekilpela@carlsonlynch.com
ktucker@carlsonlynch.com

Jason R.L. Major
Backus, Meyer & Branch, LLP
116 Lowell Street
Manchester, NH 03104
T. (603) 668-7272
jmajor@backusmeyer.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to all counsel of record on this date.

Dated:   May 9, 2018                        */s/ Edwin J. Kilpela, Jr.*
                                               Edwin J. Kilpela, Jr.